## HILLIARD *v.* CITY OF GAINESVILLE.

No. 745.  Decided January 13, 1969.

*Richard W. Wilson* for appellant.

*Osee R. Fagan* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted.

## MID-VALLEY PIPELINE CO. *v.* KING, COMMISSIONER OF REVENUE, ET AL.

No. 756.  Decided January 13, 1969.

*H. Vincent E. Mitchell* and *J. Martin Regan* for appellant.

*George F. McCanless,* Attorney General of Tennessee, and *Milton P. Rice,* Deputy Attorney General, for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

MR. JUSTICE STEWART and MR. JUSTICE WHITE are of the opinion that probable jurisdiction should be noted.